1004

THE STATE OF WASHINGTON, *Respondent*, v. TEODULO RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-04697-1, Bruce E. Heller, J., entered April 1, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Lau and Spearman, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. VAN TINH TRAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-08661-3, Paris K. Kallas, J., entered April 2, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox and Appelwick, JJ.

DAVID CUTTER ET AL., *Respondents*, v. ALEXANDER MCLAREN, *Appellant*.

Appeals from a judgment of the Superior Court for Skagit County, No. 05-2-00652-1, Dave Needy, J., entered March 20, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Leach, J.

THE STATE OF WASHINGTON, *Respondent*, v. PAUL MCVAY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-02930-6, Michael T. Downes, J., entered March 27, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler and Spearman, JJ.